

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STANLEY EDWARD JAMISON, | Case No. EDCV 10-1067-MMM (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

IT IS ADJUDGED that the complaint is dismissed without prejudice.

Dated: October 6, 2010

Margaret M. Morrow
United States District Judge

